John C. Babin, CSB#96305
E-Mail babinlaw@yahoo.com
BABINLAW, P.C.
517 Chetco Avenue
P.O. Box 1600
Brookings, OR 97415
Tel: 541-469-5331
Fax: 541-469-9865

Attorney(s) for Plaintiff John A. Metzger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. METZGER<br><br>Plaintiff,<br><br>vs.<br><br>EVERGREEN PULP INC.,<br>and Does 1-10,<br><br>Defendant. | CASE NO: C 09-00791 EMC MED<br><br>**STIPULATION AND ORDER OPTING OUT OF MEDIATION AND SUBSTITUTING A MANDATORY SETTLEMENT CONFERENCE** |

The parties to this action have previously filed the ADR Certification with this court pursuant to ADR L.R. 3-5(b). On or about July 27, 3009 the parties to this action filed their Joint Case Management Statement and Proposed Order which provided in paragraph number 9 that the parties were to consider whether to utilize court mediation with the Magistrate Judge in Eureka, California.

**INTRODUCTORY STATEMENT**

On August 4, 2009 the parties appeared for their Case Management Conference before Magistrate Judge Wayne D. Brazil. At the case management conference the parties further stipulated and agreed that they would participate in a settlement conference with Magistrate Judge Nandor J. Vadas in Eureka, California at a date to be determined in October or November of 2009. The settlement conference was to be in lieu of mediation or other alternate dispute resolution proceedings.

STIPULATION AND ORDER OPTING OUT OF MEDIATION AND SUBSTITUTING A MANDATORY SETTLEMENT CONFERENCE

1  Thereafter a order was entered by Magistrate Judge Wayne D. Brazil referring the case to
2  Magistrate Judge Nandor J. Vadas for a settlement conference subject to Judge Vadas's availability.
3  On August 12, 2009, Magistrate Judge Nandor J. Vadas issued a notice of settlement
4  conference and settlement conference order setting a settlement conference in the above matter for
5  November 4, 2009 at 10:00 a.m. in courtroom 205 A, second floor, Federal Building, 504 H Street,
6  in Eureka, California.
7  On August 24, 2009, ADR Case Administrator Richard W. Wieking, by Claudia M.
8  Forehand, issued a Notice of Appointment of Mediator assigning Judith L. Teichman as Mediator
9  in this matter. A Case Management Conference has been set for September 16, 2009 at 1:00 p.m.
10 By reason of the above, the parties hereto do hereby stipulate and request an entry of an Order
11 consistent with the following stipulation:
12 1. The parties do hereby select and opt out of the mediation provisions for alternative dispute
13    resolution.
14 2. The parties agree that the appointment of Judith L. Teichman as mediator in this matter and
15    the case management conference scheduled for September 16, 2009 should be vacated.
16 3. In lieu thereof, the parties agree and stipulate to participate in a mandatory settlement
17    conference with Magistrate Judge Nandor J. Vadas pursuant to Notice of Settlement
18    Conference and Settlement Conference Order dated August 12, 2009.

**IT IS SO STIPULATED:**

Dated this 8th day of September, 2009.         BABINLAW, P.C.

                                               _____
                                               John C. Babin
                                               Attorney for Plaintiff John A. Metzger

Dated this 8 day of September, 2009.           LAW OFFICES OF DENNIS P. ISAAC

                                               _____
                                               Robert Joseph Brown
                                               Attorneys for Defendant, Evergreen Pulp, Inc.

STIPULATION AND ORDER OPTING OUT OF MEDIATION AND SUBSTITUTING
A MANDATORY SETTLEMENT CONFERENCE

# ORDER VACATING APPOINTMENT OF MEDIATOR AND CASE MANAGEMENT CONFERENCE AND SUBSTITUTING A MANDATORY SETTLEMENT FOR MEDIATION

Based on the stipulation of the parties hereto, Stipulation Opting Out of Mediation and Substituting a Mandatory Settlement Conference, it is hereby ordered as follows:

1. That the parties are allowed to opt out of the mediation program provided by ADR L.R. 6.
2. In lieu of the mediation program the parties will participate in a mandatory settlement conference pursuant to a Notice of Settlement Conference and Settlement Conference Order previously issued herein dated August 12, 2009.
3. The appointment of Judith L. Teichman as mediator is vacated and the Case Management Conference scheduled for September 16, 2009 at 1:30 in Courtroom C, 15th Floor, U.S. District Court, 240 Golden Gate Avenue, in San Francisco, California is also hereby vacated.
4. A new Case Management Conference, to be held after the Settlement Conference of November 4, 2009, is scheduled for 11/17, 2009 at 1:30 a/p.m. in Courtroom C, located at 450 Golden Gate Ave., 15th Fl. in San Francisco, California. A joint cmc statement shall be filed by 11/10/09.

Dated: 9/14/09

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA