1 | John C. Babin, California State Bar No. 96305
BABINLAW, P.C.
2 | 517 Chetco Avenue
P.O. Box 1600
3 | Brookings, OR 97415
Telephone: (541) 469-5331
4 | Facsimile:  (541) 469-9865
E-mail babinlaw@yahoo.com
5
Attorney for Plaintiff JOHN A. METZGER
6

7 | Robert Joseph Brown ESQ., California State Bar No. 63323
LAW OFFICES OF DENNIS P. ISAAC
8 | Staff Counsel for AIG Companies
TWO RINCON CENTER
9 | 121 SPEAR STREET, SUITE 410
SAN FRANCISCO, CA 94105
10 | Telephone: (415) 836-2626
Facsimile: (415) 836-3104
11 | E-mail: bob.brown@aig.com

12 | Attorneys for Defendant EVERGREEN PULP INC.

13

14
UNITED STATES DISTRICT COURT
15
NORTHERN DISTRICT OF CALIFORNIA
16

17
JOHN A. METZGER                                   CASE NO: C 09-00791 EMC MED
18
           Plaintiff,
19
vs.
20                                                **ORDER VACATING CASE**
EVERGREEN PULP INC.,                              **MANAGEMENT CONFERENCE**
21 | and Does 1-10,                                (P~~ropose~~d)

22 |           Defendant.

23 |
       Based on the Notice of Settlement filed by the parties hereto, advising the Court of the
24
settlement of all legal issues in this case and the anticipated filing of a dismissal of the pending
25
action, it is hereby ordered as follows:
26
1.     That the parties Case Management Conference scheduled for November 14, 2009 at 1:30
27
       p.m. in Courtroom C located at 450 Gold Gate Avenue, 15th Floor in San Francisco,
28

1  California is hereby vacated.

2  2.  That a dismissal of the pending action shall be on file in this action on or before

3  _____1/20/10_____, ~~2009~~.

4  3.  If a dismissal is not on file by the date specified above, then a new Case Management

5  Conference shall be scheduled for: ____1/27/10____, ~~2009~~ at ___1:30___ ~~a.m~~/p.m.

6  in Courtroom __C__ at 450 Golden Gate Avenue, 15th Floor in San Francisco, California and

7  a Joint Case Management Conference Statement shall be filed by:_____1/20/10_____.

9  Dated: ____11/5/09____

Honorable Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen