JOHN C. BABIN, ESQ. California State Bar No. 96305
BABINLAW PC
P.O. BOX 1600
517 CHETCO AVENUE
BROOKINGS, OR 97415
Telephone: (541) 469-5331
Facsimile: (541) 469-9865
Email: babinlaw@yahoo.com
Attorney for Plaintiff JOHN A. METZGER

ROBERT JOSEPH BROWN ESQ. California State Bar No. 63323
LAW OFFICES OF DENNIS P. ISAAC
Staff Counsel for AIG Companies
TWO RINCON CENTER
121 SPEAR STREET, SUITE 410
SAN FRANCISCO, CA, 94105
Telephone: (415) 836-2626
Facsimile: (415) 836-3104
e-mail: bob.brown@aig.com

Attorneys for Defendant EVERGREEN PULP INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. METZGER,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>EVERGREEN PULP INC.,<br>and DOES 1-10,<br><br>　　　　Defendant. | Case No.: C09-00791 EMC MED<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

The dispute between the parties has been settled. Therefore, the claims asserted by Plaintiff JOHN A. METZGER against Defendant EVERGREEN PULP INC. in the above-captioned proceeding are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Nov. 10, 2009    BABINLAW PC

By: _____
JOHN C. BABIN, ESQ.
Attorneys for Plaintiff
JOHN A. METZGER

DATED: Nov 2, 2009    LAW OFFICES OF DENNIS P. ISAAC

By: _____
ROBERT JOSEPH BROWN, ESQ.
Attorneys for Defendant,
EVERGREEN PULP INC.

IT IS HEREBY ORDERED THAT, FOLLOWING SETTLEMENT OF THE DISPUTE BETWEEN THE PARTIES, THE CLAIMS ASSERTED BY PLAINTIFF, JOHN A. METZGER, AGAINST DEFENDANT, EVERGREEN PULP, INC. IN THIS ACTION ARE HEREBY DISMISSED WITH PREJUDICE.

DATED: 11/12, 2009    _____
JUDGE EDWARD M. CHEN

*IT IS SO ORDERED*
Judge Edward M. Chen